IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEVEN C. STERLING,<br><br>        *Appellant,*<br><br>v.<br><br>LAWRENCE L. ROSEN,<br><br>        *Appellee.* | CIVIL NO. 3:07cv00039<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on an appeal from an order of the United States Bankruptcy Court for the Western District of Virginia. For the reasons stated in the accompanying Memorandum Opinion and Order:

(1) Appellant's appeal is hereby DISMISSED;

(2) the Clerk of the Court is hereby ordered to STRIKE this case from the docket of the Court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all parties.

ENTERED: _____
United States District Judge

October 4, 2007
Date